AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRICT OF LOUISIANA | 06/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DISTRICT JUDGE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

500 POYDRAS STREET, Rm. 555
NEW ORLEANS, LA 70130-3313

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/11/2011 | Rollover IRA Distriubtion | $370.75 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Europa Institut | March 4-11, 2011 | Zurich, Switzerland | Lectures at Zurich University | Transportation and lodging paid. |
| 2. | Tulane University | July 3-17, 2010 | Cambridge, England | Lecturer, Cambridge University | Transportation, expenses and lodging paid partially. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | | None | K | T | | | | | |
| 2. Dreyfus.- Money Market Cl B | A | Int./Div. | J | T | | | | | |
| 3. FHLMC CMO SER | A | Interest | J | T | | | | | |
| 4. FHLMC #1993 , 1200 | A | Interest | J | T | | | | | |
| 5. FHLMC , 1200 | A | Interest | J | T | | | | | |
| 6. Helios Strategic Income, formerly RMK | A | Dividend | J | T | | | | | |
| 7. Senior Housing Properties 1200 | A | Dividend | J | T | | | | | |
| 8. Highland Credit Strategies Fd. | A | Dividend | J | T | | | | | |
| 9. Commonwealth REIT | | None | J | T | | | | | |
| 10. Pulaski Co. | A | Interest | | | Sold | 06/16/11 | J | A | |
| 11. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 12. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 13. Virtus Total Return Fd, Formerly DCA | A | Dividend | J | T | | | | | |
| 14. FNMA CMO SER | A | Interest | J | T | | | | | |
| 15. FNMA CMO SER | A | Interest | J | T | | | | | |
| 16. GNMA #1995- | A | Interest | J | T | | | | | |
| 17. FNMA #2005 (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein, 1218 | A | Dividend | J | T | | | | | |
| 19. Watson Pharmaceuticals 1200 | B | Dividend | | | Sold (part) | 08/03/11 | J | A | |
| 20. | | | | | Sold | 08/08/11 | J | A | |
| 21. FNMA #1990-          1200 | B | Interest | J | T | | | | | |
| 22. FNMA #2006-          (Y) | | | | | | | | | |
| 23. HCA, Inc. | B | Interest | K | T | | | | | |
| 24. Citigroup | A | Dividend | J | T | | | | | |
| 25. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 26. Provident Energy Trust 1200 | A | Dividend | J | T | | | | | |
| 27. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 28. Blackrock Ltd Duration Income Trust | A | Dividend | J | T | | | | | |
| 29. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 30. Archer, Ltd, Formerly Allis Chalmers Corp | A | Dividend | J | T | | | | | |
| 31. Helios Advantage Income Fd | A | Dividend | J | T | | | | | |
| 32. Bank of America | A | Dividend | J | T | | | | | |
| 33. Blackrock Global FTG Rate Income Trust 1200 | B | Dividend | J | T | | | | | |
| 34. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | Sold (part) | 07/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FHLMC SER _____ - 1200 | A | Interest | | | Redeemed | 01/31/11 | J | A | |
| 36. FNMA SER _____ - 1200 | A | Interest | | | Redeemed | 02/28/11 | J | A | |
| 37. Blackrock Global FLTG Incom Trust - 1200 (Y) | | | | | | | | | |
| 38. Chase Bank | A | Interest | K | T | | | | | |
| 39. Dreyfus Money Market 1200 | A | Interest | J | T | | | | | |
| 40. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 41. FHLMC CMO Series 3290 | B | Interest | | | Redeemed | 12/15/11 | J | A | |
| 42. Colonial Bancgroup Inc. | A | Dividend | J | T | | | | | |
| 43. MFS Govt. Markets Income Trust SBI | A | Dividend | J | T | | | | | |
| 44. EV Energy Partners LP | A | Distribution | J | T | | | | | |
| 45. FHLMC CMO Series _____ | A | Interest | | | Redeemed | 12/15/11 | J | A | |
| 46. FNMA CMO Series _____ | A | Interest | | | Redeemed | 1/15/11 | J | A | |
| 47. El Paso Corp. 12% | A | Interest | J | T | | | | | |
| 48. Regions Financial Corp | A | Interest | | | Matured | 03/01/11 | J | A | |
| 49. Eaton Vance Ltd. Duration Income Fd. (Y) | | | | | | | | | |
| 50. FNMA1993- _____ 1200 | A | Interest | J | T | | | | | |
| 51. Proshares Ultra Financials-IRA, formerly Proshares Trust | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 53. Enterprise Product Partners LP | A | Distribution | J | T | | | | | |
| 54. Energy Transfer Equity | A | Distribution | J | T | | | | | |
| 55. FNMA CMO Series _____ 1200 (Y) | | | | | | | | | |
| 56. Bunge LTD Finance Co. 8.5% | B | Interest | K | T | | | | | |
| 57. BB&T Capital Trust VI 9.6% (Y) | | | | | | | | | |
| 58. Triangle Capital Corporation | B | Dividend | K | T | | | | | |
| 59. Partnerre Fin A LLC 6.75% | A | Interest | J | T | | | | | |
| 60. FHLMC CMO Series _____ | B | Interest | | | Redeemed | 01/18/11 | J | A | |
| 61. GNMA CMO Series _____ | A | Interest | | | Redeemed | 12/15/11 | J | A | |
| 62. Pfizer Inc. | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 63. Petrohawk Energy Corp | A | Dividend | | | Sold | 06/29/11 | J | A | |
| 64. Baxter International Inc. | A | Dividend | J | T | | | | | |
| 65. GNMA CMO Series _____ 1200 | B | Interest | J | T | | | | | |
| 66. Verizon Communications | A | Dividend | | | Sold | 08/11/11 | J | A | |
| 67. Protective Life Corp. 8.0% | A | Dividend | J | T | | | | | |
| 68. BB&T Capital Trust VI 9.6% | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Enhanced Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 70. Five Star Quality Care | | None | J | T | | | | | |
| 71. FNMA CMO | A | Interest | | | Redeemed | 1/25/11 | J | A | |
| 72. Blackrock Global Floating Rate Inc. Trust 1200 | A | Dividend | J | T | | | | | |
| 73. FHLMC CMO 1200 | A | Interest | J | T | | | | | |
| 74. GTE Ca Inc. 1200 | A | Interest | J | T | | | | | |
| 75. Wesco International, Inc. 1200 | A | Dividend | J | T | | | | | |
| 76. Pimco Corp Income Fd. 1200 | A | Interest | J | T | | | | | |
| 77. Quicksilver Resources 1200 | A | Dividend | J | T | | | | | |
| 78. Frontier Communications | A | Dividend | J | T | | | | | |
| 79. Inergy LP | A | Distribution | J | T | | | | | |
| 80. GNMA CMO Series | A | Interest | J | T | | | | | |
| 81. Bank of America (Y) | | | | | | | | | |
| 82. FNMA CMO Series | A | Interest | | | Redeemed | 08/22/11 | J | A | |
| 83. GNMA CMO Series | B | Interest | J | T | | | | | |
| 84. GNMA CMO Series | A | Interest | J | T | | | | | |
| 85. First Union Capital Ser-A | | Interest | | | Sold | 04/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Baxter International Inc. (Y) | | | | | | | | | |
| 87. Sun Life Financial | A | Dividend | | | Sold | 05/26/11 | J | A | |
| 88. FHLMC CMO Series | B | Interest | K | T | | | | | |
| 89. GNMA CMO Series | B | Interest | K | T | | | | | |
| 90. FHLMC CMO Series | B | Interest | J | T | | | | | |
| 91. FLIR Systems Inc. Prior typo | A | Dividend | | | Sold | 02/15/11 | J | A | |
| 92. KKR and Co. LP | A | Distribution | J | T | | | | | |
| 93. General Electric Co. | A | Dividend | | | Sold | 06/09/11 | J | A | |
| 94. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 95. Hercules Technology Growth | A | Dividend | | | Sold | 06/07/11 | J | A | |
| 96. FHLMC CMO Series | A | Interest | J | T | | | | | |
| 97. Medical Properties Trust Inc. 1200 | A | Dividend | J | T | | | | | |
| 98. Medical Properties Trust Inc. 1200 (Y) | | | | | | | | | |
| 99. GNMA CMO Series 1200 | A | Interest | J | T | | | | | |
| 100. GNMA CMO Series 1200 | A | Interest | J | T | | | | | |
| 101. GNMA CMO SERIES | A | Interest | J | T | Buy | 02/28/11 | J | | |
| 102. GNMA CMO SERIES | A | Interest | J | T | Buy | 03/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. COCA COLA ENTERPRISES | A | Dividend | | | Buy | 05/24/11 | J | | |
| 104. | | | | | Sold | 08/25/11 | J | A | |
| 105. GNMA CMO SERIES | A | Interest | J | T | Buy | 05/27/11 | J | | |
| 106. SABRA Healthcare REIT, Inc. | A | Dividend | J | T | Buy | 06/06/11 | J | | |
| 107. Fidus Investment Corporation | A | Dividend | J | T | Buy | 06/24/11 | J | | |
| 108. SABRA Healthcare REIT, Inc. | A | Dividend | J | T | Buy (add'l) | 08/01/11 | J | | |
| 109. Blackrock Corporate High Yield Fund VI | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 110. J P Morgan Chase & Co. | A | Dividend | | | Buy | 10/06/11 | J | | |
| 111. | | | | | Sold | 11/22/11 | J | A | |
| 112. FNMA CMO SERIES | A | Interest | J | T | Buy | 10/28/11 | J | | |
| 113. General Electric Co. | A | Dividend | J | T | Buy | 11/01/11 | J | | |
| 114. GNMA CMO | A | Interest | J | T | Buy | 11/30/11 | J | | |
| 115. Nuveen Multi-Strategy Inc. & Growth Com | A | Dividend | J | T | Buy | 12/13/11 | J | | |
| 116. GNMA CMO SERIES 1200 | A | Interest | J | T | Buy | 02/28/11 | J | | |
| 117. Lexington Corporate Properties Trust REIT 1200 | A | Dividend | J | T | Buy | 08/17/11 | J | | |
| 118. Abbott Laboratories 1200 | A | Dividend | J | T | Buy | 10/24/11 | J | | |
| 119. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII,

Lines 17, 22, 49 and 55 - These investments are collaterized mortgages that final principal payments have been made but not necessarily show as sales or redemptions on the annual account statemnt and no principal remains at 12/31/2011.

Line 37, 57, 81, 86 and 98 - These items had duplicate entries on the report from previous years and they are noted for removal of the duplicate entry.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARTIN L.C. FELDMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544